[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10704
Non-Argument Calendar

_____

D.C. Docket No. 3:16-cr-00153-MMH-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL EUGENE WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 9, 2018)

Before MARCUS, BRANCH and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Michael Williams, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.